■ In the Matter of KENNETH KASE.—Motion granted only to the extent of *referring the matter to the Departmental Disciplinary Committee for the First Judicial Department for a report, as indicated in the order of this court, and pending receipt of said report, petitioner's motion for reinstatement as an attorney and counselor-at-law in the State of New York is held in abeyance.* Concur—Murphy, P. J., Sullivan, Fein, Ellerin and Wallach, JJ.

■ BLACKGOLD REALTY CORP. v MILNE.—Motion denied wherein it seeks reargument, and granted insofar as it seeks leave to appeal to the Court of Appeals. Concur—Kupferman, J. P., Asch, Milonas and Rosenberger, JJ.